AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

WESTERN    District of    KENTUCKY

DENNIS BELL

v.

COUNTRYWIDE HOME LOANS, Inc., ANDREW BESHEAR, JONATHON D. PITCHFORD, AMERICA'S WHOLESALE LENDER, AND MORTGAGE ELECTRONIC REGISTRATION SERVICES Inc.

'08 OCT 31 A8:40

FILED
US DISTRICT COURT
WESTN. DIST. KENTUCKY

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 5:08CV-0167 R

TO: (Name and address of Defendant)

AMERICA'S WHOLESALE LENDER, INC. AKA AMERICA'S WHOLESALE LENDER
P.O. BOX 660694
DALLAS, TX. 75266-0694

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

DENNIS BELL
2934 BENTON RD
PADUCAH, KY 42003

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

JEFFREY A. APPERSON    October 3, 2008

CLERK    DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE: October 8, 2008 |
| NAME OF SERVER (PRINT): James Smith | TITLE: Citizen |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Service made on America's Wholesale Lender, Inc. through its legal representative Secretary of State of New York on Oct. 8, 2008 @ 9:29 am. KRCP 4.04(5)

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  October 10, 2008        James Smith
            Date                     Signature of Server

125 Lindberg St
Address of Server
Paducah KY 42003

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.